No. 71–81.  UNITED STATES *v.* BISWELL.  C. A. 10th Cir.  Certiorari granted.

No. 71–257.  GRUBBS, DBA T. R. GRUBBS TIRE & APPLIANCE *v.* GENERAL ELECTRIC CREDIT CORP.  C. A. 5th Cir.  Certiorari granted.

No. 71–431.  IMMIGRATION AND NATURALIZATION SERVICE *v.* VITALES.  C. A. 9th Cir.  Certiorari granted.

No. 71–452.  HEALY ET AL. *v.* JAMES ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 70–285.  ALPHA CHI OMEGA ET AL. *v.* RADER.  C. A. 7th Cir.  Certiorari denied.

No. 70–301.  PHELPS *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 71–109.  SWANQUIST ET AL. *v.* LIVINGSTON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 71–159.  FIRST NATIONAL BANK IN PALM BEACH ET AL., TRUSTEES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–279.  PALLADIO, INC. *v.* DIAMOND, COMMISSIONER OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 71–344.  16,179 MOLSO ITALIAN .22 CALIBER WINLEE DERRINGER CONVERTIBLE STARTER GUNS ET AL. *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.